**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1792

GEORGE VAN WAGNER,

             Plaintiff - Appellant,

        v.

DARRELL MCGRAW, Attorney General, State of West Virginia;
MAGISTRATE JOAN BRAGG, Chief Magistrate, Magistrate Court of
Berkeley County, WV; RUBY KAY HAWKINS, Magistrate Clerk,
Magistrate Court of Berkeley County, WV; JUDGE DAVID
SANDERS, Chief Administrative Judge, Circuit Court of
Berkeley County, WV; VIRGINIA SINE, Circuit Court Clerk,
Circuit Court of Berkeley County, WV; CORPORAL JOSEPH
WALKER, Corporal for WV State Police, Martinsburg
Detachment; PAMELA GAMES-NEELY, Prosecuting Attorney, Office
of the Prosecuting Attorney for Berkeley County, WV,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg. John Preston Bailey,
Chief District Judge. (3:11-cv-00058-JPB-DJJ)

Submitted: December 20, 2011      Decided: December 22, 2011

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Van Wagner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Van Wagner appeals the district court's order denying relief on his "Emergency Petition for Writ of Prohibition." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Van Wagner v. McGraw, No. 3:11-cv-00058-JPB-DJJ (N.D.W. Va. July 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED